IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| RICHMOND INTERNATIONAL FOREST PRODUCTS, LLC,<br><br>                           **Plaintiff,**<br><br>          v.<br><br>UNITED STATES,<br><br>                           **Defendant.** | Before:  Hon. Mark A. Barnett,<br>             Chief Judge<br><br>Court No. 25-00120 |

## CONSENT MOTION TO INTERVENE AS A MATTER OF RIGHT

Pursuant to Rules 24(a) and (c) of the Rules of the United States Court of International Trade, the Coalition for Fair Trade in Hardwood Plywood (the "Coalition"), by and through its attorneys, respectfully requests that the Court grant this consent motion to intervene as a matter of right in the above-captioned action as defendant-intervenor.

Plaintiff Richmond International Forest Products, LLC instituted this action pursuant to sections 516A(a)(2) of the Tariff Act of 1930 (the "Act"), *codified as amended at* 19 U.S.C. § 1516a(a)(2) and pursuant to 28 U.S.C. § 1581(c), to contest the U.S. Department of Commerce's final determination in the 2021-2022 antidumping and countervailing duty administrative review of *Certain Hardwood Plywood Products from the People's Republic of China*. *See Certain Hardwood Plywood Products from the People's Republic of China*, 90 Fed. Reg. 21,271 (Dep't Commerce May 19, 2025) (final results of admin. revs. of the antidumping, and countervailing duty orders, final deter. of no shipments; 2021-2022).

The Coalition may intervene in this action as a matter of right.  Pursuant to 28 U.S.C. § 2631(j)(1), anyone who "would be adversely affected or aggrieved by a decision in a civil action pending in the Court of International Trade" may seek to intervene in that action.  *See* 28 U.S.C.

Ct. No. 25-00120

§ 2631(j)(1).  Moreover, in a civil action under section 516A of the Act, "an interested party who was a party to the proceeding in connection with which the matter arose" may intervene as a matter of right.  *See id.* § 2631(j)(1)(B).  An "interested party" includes, *inter alia*, a manufacturer, producer, or wholesaler in the United States of a domestic like product, as well as a trade or business association, a majority of whose members manufacture produce or wholesale a domestic like product in the United States.  *See* 19 U.S.C. § 1677(9)(C), (E); 28 U.S.C. § 2631(k)(1).  Plaintiff is a trade or business association a majority of whose members manufacture, produce, or wholesale hardwood plywood products and is therefore an interested party within the meaning of 19 U.S.C. §§ 1516a(f)(3) and 1677(9)(E).  Further, the Coalition participated in the administrative reviews that are the subject of this appeal, including through the submission of case briefs.  Thus, pursuant to 28 U.S.C. § 2631(j)(1)(B) and Rule 24(a) of the Rules of this Court, the Coalition may intervene in this action as a matter of right.

Plaintiff filed a complaint in this action on July 18, 2025.  *See* Compl. (July 18, 2025), ECF No. 9.  This motion is being made within thirty days after the date of service of the complaint and therefore is timely under Rules 24(a) and 6(a) of the Rules of this Court.

As required by Rules 7(b) and (f) of the Rules of this Court, counsel for the Coalition has consulted with the parties to this action concerning this motion.  Counsel for Plaintiff, Jill Cramer of Mowry & Grimson, PLLC, consented to this motion via email on August 15, 2025.  Counsel for Defendant United States, Sosun Bae of the U.S. Department of Justice, consented to this motion via email on August 15, 2025.

**Ct. No. 25-00120**

      Therefore, we respectfully request that the Court grant the Coalition's consent motion to intervene as a matter of right as defendant-intervenor in the above-captioned action.

                                                Respectfully submitted,

                                                */s/ Timothy C. Brightbill*
                                                Timothy C. Brightbill, Esq.
                                                Stephanie M. Bell, Esq.
                                                John Allen Riggins, Esq.

                                                **WILEY REIN LLP**
                                                2050 M Street, NW
                                                Washington, DC 20036
                                                (202) 719-7000

                                                *Counsel to the Coalition for Fair Trade in Hardwood Plywood*

Dated: August 18, 2025

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **RICHMOND INTERNATIONAL FOREST PRODUCTS, LLC,**<br><br>        **Plaintiff,**<br><br>   v.<br><br>**UNITED STATES,**<br><br>        **Defendant.** | Before: Hon. Mark A. Barnett,<br>     Chief Judge<br><br>Court No. 25-00120 |

## ORDER

Upon consideration of the consent motion of the Coalition for Fair Trade in Hardwood Plywood (the "Coalition") to intervene as a matter of right as a defendant-intervenor in the above-captioned action, it is hereby

**ORDERED**, that the Coalition's consent motion to intervene is **GRANTED**, and it is further

**ORDERED**, that the Coalition be entered as a defendant-intervenor in the above-captioned action.

                                     Hon. Mark A. Barnett, Chief Judge

Dated: _____, 2025
    New York, New York