FORM 8A

# UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE THE HONORABLE MARK A. BARNETT, CHIEF JUDGE

| | |
|---|---|
| RICHMOND INTERNATIONAL FOREST PRODUCTS, LLC, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| UNITED STATES, | ) ) ) Ct. No. 25-00120 |
| Defendant, | ) ) ) |
| and | ) ) ) |
| THE COALITION FOR FAIR TRADE IN HARDWOOD PLYWOOD, | ) ) ) ) |
| Defendant – Intervenor. | ) ) |

## STIPULATION OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action and those actions listed on the attached schedule hereby dismisses this action and those listed on the attached schedule.

Dated: December 1, 2025

/s/ Jeffrey S. Grimson
Signature of Plaintiff's Attorney

Jeffrey S. Grimson
Attorney for Plaintiff

Mowry & Grimson, PLLC
Firm

5335 Wisconsin Ave, NW, Suite 810
Street Address

Washington, DC 20015
City, State and Zip Code

202-688-3610
Telephone Number

jsg@mowrgrimson.com
E-mail address

FORM 8A-2

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/Tara K. Hogan
TARA K. HOGAN
Assistant Director

/s/Sosun Bae
SOSUN BAE
Senior Trial Counsel
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
(202) 305-7568
(202) 514-8624 (fax)
sosun.bae@usdoj.gov
*Attorneys for Defendant United States*


/s/ Timothy C. Brightbill
Signature Defendant-Intervenor's Attorney

Timothy C. Brightbill
Attorney for Defendant-Intervenor

Wiley Rein LLP
Firm

2050 M Street, NW
Street Address

Washington, DC 20036
City, State and Zip Code

202-719-7000
Telephone Number

tbrightbill@wiley.law
E-mail address

FORM 8A-3

Schedule to Stipulation of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
|  |  |

Order of Dismissal

    This action and those listed on the schedule set forth above, having been voluntarily stipulated for dismissal by all parties having appeared in the action, are dismissed.

Dated: _____

Clerk, U. S. Court of International Trade

By: _____
Deputy Clerk

(As added Dec. 18, 2001, eff. Apr. 1, 2002; and amended Aug. 2, 2010, eff. Sept. 1, 2010; Oct. 23, 2025, eff. Dec. 1, 2025)